UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| DANIEL C. CADLE, Individually and Derivatively on Behalf of the Corporation and the Shareholders of iGate, Inc. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:07-cv-00070-CRS |
| WILLIAM J. JEFFERSON, ANDREA G. JEFFERSON, THE ANJ GROUP, LLC, VERNON L. JACKSON, and JOHN DOES 1-100 | DEFENDANTS |

## MEMORANDUM OPINION AND ORDER

This matter if before the Court on the motion of Defendant William J. Jefferson ("Jefferson") for extension of time to file a notice of appeal. (DN 134.) For the following reasons, the Court will **DENY** Defendant's motion as **MOOT**.

On August 10, 2017, Defendant Jefferson filed a motion for extension of time to file a notice of appeal from the Order of Partial Summary Judgment entered by this Court on July 14, 2017. (DN 133; DN 134.) Jefferson subsequently filed a Notice of Appeal on September 14, 2017. (DN 135.)

On October 26, 2017, the United States Court of Appeals for the Sixth Circuit filed an Opinion and Order dismissing Jefferson's appeal. (DN 137.) The Court held that "The district court has not entered its final decision during the pendency of this appeal; therefore, we lack appellate jurisdiction over this interlocutory appeal from the partial decision." (*Id.*) This order renders Jefferson's motion for extension of time to file a notice of appeal moot.

For the reasons set forth above, the Court **HEREBY ORDERS** that Defendant William J. Jefferson's Motion for Extension of Time to File Notice of Appeal (DN 134) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

November 28, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**